```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF TENNESSEE
                         WESTERN DIVISION
_____

UNITED STATES OF AMERICA,        )
                                 )
        Plaintiff,               )
                                 )
vs.                              )    CR. NO. 11-20176-JTF
                                 )
ANTHONY GOSSETT,                 )
                                 )
        Defendant.               )
_____
```

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING DEFENDANT'S MOTION TO SUPPRESS**
_____

Before the Court is Defendant Anthony Gossett's Motion to Suppress DE [35] filed on June 6, 2012. The Court referred the Motion to the Magistrate Judge for a report and recommendation DE [36] on June 12, 2012. The Magistrate Judge held a hearing DE [40] on July 17, 2012, where the Government and Defense offered testimony from witnesses. A Report and Recommendation was issued, recommending that the Motion be denied DE [43]. The Defendant filed Objections to the Magistrate's Report on July 31, 2012 DE [44].

The Court has conducted a _de novo_ review of the record, the transcript, and the defendant's objections. Further, the Court has listened to the complete audio recording of the hearing before the Magistrate Judge. As such, the Court ADOPTS the Magistrate Judge's report and recommendation and DENIES the Defendant's Motion to Suppress.

It is SO Ordered on this 4th day of September, 2012.

                              ***s/John T. Fowlkes, Jr.***
                              JOHN T. FOWLKES, JR.
                              UNITED STATES DISTRICT JUDGE